**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2047**

PHILIP BUTLER GROGGINS,

            Debtor - Appellant,

      v.

JUDY A. ROBBINS,

            Trustee - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Norman K. Moon, Senior District Judge. (7:15-cv-00690-NKM)

Submitted: January 31, 2017        Decided: February 2, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Philip Butler Groggins, Appellant Pro Se. William Joseph Alan Charboneau, OFFICE OF THE U.S. TRUSTEE, Roanoke, Virginia; John Alfred Postulka, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Philip Groggins appeals from the district court's order affirming the bankruptcy court's order denying him a discharge in his bankruptcy case pursuant to 11 U.S.C. § 727(a)(2)(A) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Groggins v. Robbins, No. 7:15-cv-00690-NKM (W.D. Va. Aug. 30, 2016). We deny Groggins' motion for a transcript at government expense, deny his motion for reversal on appeal, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED